UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Laspata DeCaro Studio Corporation,  :
:
                  Plaintiff,  :
:
            v.  :    Case No. 16-cv-934
:
Rimowa GmbH, Rimowa Distribution Inc.,  :
and Rimowa Inc.,  :
:    NOTICE OF APPEARANCE
                  Defendants.  :
:
------------------------------------- X

      PLEASE TAKE NOTICE that Beth I. Goldman, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for plaintiff Laspata DeCaro Studio Corporation in the above-captioned proceeding.

Dated:  New York, New York
         February 8, 2016

                             FRANKFURT KURNIT KLEIN & SELZ, P.C.

                    By:    /s/ Beth I. Goldman
                            Beth I. Goldman
                         488 Madison Avenue, 10th Fl.
                         New York, New York 10022
                         (212) 980-0120
                         *Attorneys for Plaintiff*
                         *Laspata DeCaro Studio Corporation*