UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
LASPATA DECARO STUDIO CORP.,                        :
                                                    :   Case No. 16-cv-934 (LGS)
                      Plaintiff,                    :
                                                    :   Hon. Lorna G. Schofield
       v.                                           :
                                                    :
RIMOWA GMBH, RIMOWA DISTRIBUTION                    :
INC., AND RIMOWA INC.,                              :   **NOTICE OF APPEARANCE**
                                                    :
                      Defendants,                   :
                                                    :
       v.                                           :
                                                    :
MEIRÉ GMBH & CO. KG, d/b/a MEIRÉ AND                :
MEIRÉ, and SHOTVIEW BERLIN                          :
PHOTOGRAPHERS MANAGEMENT GMBH,                      :
d/b/a SHOTVIEW ARTISTS MANAGEMENT,                  :
                                                    :
                      Third-Party Defendants.       :
                                                    :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Andrew J. Ungberg, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears on behalf of Plaintiff Laspata DeCaro Studio Corporation in the above-captioned proceeding.

Dated: June 6, 2016
      New York, New York

**FRANKFURT KURNIT KLEIN & SELZ, P.C.,**

By: _____/s/ Andrew J. Ungberg_____
      Andrew J. Ungberg
488 Madison Avenue, 10th Floor
New York, new York 10022
Tel: (212) 980-0120
aungberg@fkks.com
*Attorneys for Plaintiff*
*Laspata DeCaro Studio Corporation*