USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Laspata DeCaro Studio Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Rimowa GmbH, Rimowa Distribution, Inc. and Rimowa Inc. <br><br> Defendants-Third-Party Plaintiffs, <br><br> v. <br><br> Meiré GmbH & Co. KG, d/b/a Meiré and Meiré, and Shotview Berlin Photographers Management GmbH, d/b/a Shotview Artists Management, <br><br> Third-Party Defendants. | Civil Action No.: 16-cv-00934-LGS |

**IT IS STIPULATED AND AGREED** by counsel for Defendants-Third-Party Plaintiffs Rimowa GmbH, Rimowa Distribution, Inc., and Rimowa Inc. ("Rimowa"), and Third-Party Defendants Shotview Berlin Photographers Management GmbH, d/b/a Shotview Artists Management ("Shotview"), as follows:

The deadline for Shotview to answer or move with respect to the third-party complaint, filed by Rimowa on April 25, 2016 in the above-captioned proceeding, shall be adjourned from September 19, 2016 through October 19, 2016.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

This stipulation may be executed in counterparts with faxed or emailed signatures being deemed as valid as originals.

Dated: New York, New York
September 19, 2016

AXINN, VELTROP &
HARKRIDER LLP

By: *Delphine W. Knight Brown*
Delphine W. Knight Brown
Magdalena Hale Spencer
114 West 47th Street
New York, New York 10036
Tel: 212-728-2200
Fax: 212-728-2201
*Attorneys for Defendants and Third-Party Plaintiffs*
Rimowa GmbH, Rimowa Distribution, Inc. and Rimowa Inc.

Dated: New York, New York
September 19, 2016

WUERSCH & GERING LLP

By: _____
Gregory F. Hauser
100 Wall Street, 10th Floor
New York, NY 10005
Tel: 212-509-5050
Fax: 212-509-9559
*Attorneys for Third-Party Defendants*
Shotview Berlin Photographers Management GmbH, d/b/a Shotview Artists Management

SO ORDERED:

_____
HON. LORNA G. SCHOFIELD
United States District Judge

Application GRANTED. Third-Party Defendant Shotview Berlin Photographers Management GmbH shall file an answer or otherwise respond to the Third-Party Complaint by October 19, 2016. Further, counsel for Third-Party Defendant Shotview shall file a Notice of Appearance as soon as possible.
Dated: September 20, 2016
    New York, NY

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2