Delphine W. Knight Brown
AXINN, VELTROP & HARKRIDER LLP
114 W 47th Street
New York, NY 10036
Phone: 212-728-2200

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____        │
│ DATE FILED:__12/15/16_____          │
└─────────────────────────────────────┘
```

*Attorneys for Defendants-Third-Party Plaintiffs Rimowa GmbH, Rimowa Distribution Inc. and Rimowa Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
Laspata DeCaro Studio Corporation,                        :
:
Plaintiff,                          :          Civil Action No. 1:16-cv-00934-LGS
:
- against -                        :
:
Rimowa GmbH, Rimowa Distribution, Inc.,                   :
Rimowa Inc., Meire GmbH & Co. KG d/b/a Meire              :          **NOTICE OF WITHDRAWAL OF**
and Meire, and Shotview Berlin Photographers              :          **APPEARANCE OF MAGDALENA**
Management GmbH d/b/a Shotview Artists                     :          **HALE SPENCER AND REQUEST**
Management                                                :          **FOR REMOVAL FROM NOTICE**
:          **OF ELECTRONIC FILING LIST**
Defendants.                         :
:
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the appearance of Magdalena Hale Spencer, counsel for

Defendants and Third-Party Plaintiffs Rimowa GmbH, Rimowa Distribution Inc., and Rimowa Inc.

(collectively, "Rimowa"), is hereby withdrawn.  Rimowa requests that this counsel be removed from the

notice of electronic filings list maintained in this action. The law firm of Axinn, Veltrop & Harkrider

LLP will continue to represent Rimowa.

Application GRANTED.  The Clerk of Court is respectfully directed to remove Magdalena Hale Spencer from the electronic case filings for this case.

Dated: December 15, 2016
New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: October 28, 2016                          Respectfully submitted,


                                                 /s Delphine W. Knight Brown

                                                 Delphine W. Knight Brown
                                                 Axinn, Veltrop & Harkrider LLP
                                                 114 W 47th Street
                                                 New York, NY 10036
                                                 Phone: 212-728-2200
                                                 Email: dknightbrown@axinn.com