```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/26/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LASPATA DECARO STUDIO CORP.,

                Plaintiff,

    -against-                      **ORDER**

RIMOWA GMBH, et al.,            16-CV-934 (LGS) (KNF)

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on August 3, 2017, at 10:00 a.m. Counsel to the plaintiff shall initiate the call to (212) 805-6705.

Dated: New York, New York          SO ORDERED:
       July 26, 2017

                                            */s/ Kevin Nathaniel Fox*
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE