# EXHIBIT E

# **<u>Exhibit E</u>**

Rimowa Lookbook 2015/2016 Shooting New York

LD-00004247

(Video File to be Provided to Court via USB Drive with Courtesy Copy)