# Frankfurt Kurnit Klein + Selz PC

**Andrew J. Ungberg**
488 Madison Avenue, New York, New York 10022
T (212) 705 4868   F (347) 438 2195
aungberg@fkks.com

January 17, 2018

**VIA ECF**

The Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      RE:    *Laspata DeCaro Studio Corp. v. Rimowa GmbH, et al.*, No. 16-cv-0934

Dear Judge Schofield:

      We represent plaintiff Laspata DeCaro Studio Corporation ("LD""") in the above-captioned matter.

      Together with Defendant Shotview Berlin Photographers Management GmbH d/b/a Shotview Artists Management ("Shotview"), LD respectfully requests that the Court so-order the attached stipulation,[1] which provides for (i) the withdrawal, without prejudice, of Shotview's Motion for Summary Judgment as to Liability [Dkt. No. 178] together with all papers filed by Shotview in support thereof; (ii) the dismissal of LD's claims against Shotview in this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2); and (iii) that, as between LD and Shotview, each party shall bear its respective costs relating to this action.

      In the past several weeks, LD and Shotview have engaged in arms-length negotiations and agreed on the terms a settlement agreement. LD respectfully submits that this agreement with Shotview constitutes a proper basis for dismissal of LD's claims against Shotview pursuant to Fed. R. Civ. P. 41(a)(2).

                              \* \* \* \*

---

[1] Consistent with local practice, LD and Shotview have submitted a signed copy of the stipulation to the Southern District's Order & Judgments clerk.

The Hon. Lorna G. Schofield
January 17, 2018
Page **2** of **2**

      Counsel for LD and Shotview are available at the Court's convenience to discuss this matter.

                              Respectfully Submitted,
                              **Frankfurt Kurnit Klein & Selz P.C.**

                              */s/ Andrew J. Ungberg*

                              Andrew J. Ungberg
                              Maura J. Wogan
                              Lily Landsman-Roos

                              *Attorneys for Plaintiff LaSpata DeCaro*
                              *Studio Corporation*

Cc:    All attorneys of record (via ECF)