USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASPATA DECARO STUDIO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RIMOWA GMBH ET AL., RIMOWA DISTRIBUTION INC., RIMOWA INC., MEIRÉ GMBH & CO. KG D/B/A/ MEIRÉ AND MEIRÉ, AND SHOTVIEW BERLIN PHOTOGRAPHERS MANAGEMENT GMBH D/B/A/ SHOTVIEW ARTISTS MANAGEMENT,<br><br>Defendants. | Case No. 16-cv-0934 (LGS)<br><br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

WHEREAS, Plaintiff Laspata DeCaro Studio Corp. ("LD") and Defendant Shotview Berlin Photographers Management GmbH d/b/a Shotview Artists Management ("Shotview") have engaged in arms-length negotiations and have reached a settlement agreement that will resolve LD's claims made against Shotview in the above-captioned litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for LD and Shotview that:

i. Shotview's Motion for Summary Judgment as to Liability [ECF No. 178], together with all papers in support thereof, be withdrawn without prejudice in their entirety;

ii. All of LD's claims asserted in the above-captioned action against Shotview be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and

iii. That, as between LD and Shotview, each party shall bear their respective costs relating to the above-captioned action.

The Clerk of Court is respectfully directed to close the motion at Docket No. 178.

Dated: January 18, 2018
  New York, New York

SO ORDERED

*/s/ Lorna G. Schofield*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2018

FRANKFURT KURNIT KLEIN & SELZ, P.C.
By: _____
Maura J. Wogan
488 Madison Avenue
New York, New York 10022
mwogan@fkks.com
Phone: (212) 980-0120

*Attorneys for Plaintiff Laspata DeCaro Studio Corp.*

Dated: January 16, 2018

WUERSCH & GERING, LLP
By: _____
Gregory F. Hauser
100 Wall Street
New York, New York 10005
Phone: 212-509-5050
Gregory.hauser@wg-law.com

*Attorneys for Defendant Shotview Berlin Photographers Management GmbH d/b/a Shotview Artists Management*

SO ORDERED:

_____
Hon. Lorna G. Schofield